**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MATTHEW RUSH AND KATHLEEN
MCGROGAN-RUSH,

          Respondents

              v.

ERIE INSURANCE EXCHANGE,

          Petitioner

:  No. 37 MAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of June, 2022, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, as stated by Petitioner, is:

> Whether the decision of the three-judge panel of the Superior Court is in direct
> conflict with the Pennsylvania Supreme Court decisions in *Burstein v. Prudential
> Prop. & Cas. Ins. Co.*, 809 A.2d 204 (Pa. 2002) and *Williams v. GEICO Gov't
> Emps. Ins. Co.*, 32 A.3d 1195 (Pa. 2011) and whether the Superior Court erred
> as a matter of law by finding that the "regular use exclusion" contained in
> Pennsylvania auto insurance policies violates the Pennsylvania Motor Vehicle
> Financial Responsibility Law, 75 Pa.C.S.[ ] [§] 1701, et. seq.[.]